# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) )   No. CR-14-231-R ) |
| MATTHEW LANE DURHAM, | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW the plaintiff, United States of America, by Mark A. Yancey, Acting United States Attorney for the Western District of Oklahoma, through Robert D. Gifford, II, Assistant United States Attorney, and requests this Court approve the withdrawal of Sanford C. Coats as attorney of record in the above-styled case pursuant to LCvR 83.5 and LCrR 57.2(a).

In support of this motion, the United States would inform the Court that Mr. Coats resigned the position of United States Attorney for the Western District of Oklahoma on January 15, 2016, and is no longer employed by the United States Department of Justice. Additionally, the undersigned Assistant U.S. Attorney has entered an appearance in this case and will continue as attorney of record for the United States in this matter.

WHEREFORE, it is requested that this Court enter an Order permitting the withdrawal of Sanford C. Coats as attorney of record in this case.

> Respectfully submitted,
>
> MARK A. YANCEY
> Acting United States Attorney
>
>
> s\ROBERT D. GIFFORD, II
> Assistant U.S. Attorney
> Bar No.  17034
> 210 Park Avenue, Suite 400
> Oklahoma City, Oklahoma 73102
> (405) 553-8700(Office)
> (405) 553-8888 (Fax)
> Robert.D.Gifford@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:  Mr. Stephen Jones, *Esq*., Ms. Laura LaBianca Puente, *Esq*., and Ms. Ashley Morey, *Esq*.

> s/ROBERT D. GIFFORD, II
> Assistant U.S. Attorney